UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FELIX PICHARDO,                                                          JUDGMENT
                                                                                        17-cv-07439(FB)(SJB)
                        Plaintiff,

   -against-

EL MISMO RINCON LATINO CORP.,
doing business as RINCON LATINO,,

                       Defendants.
----------------------------------------------------------X

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 28, 2018, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated August 7, 2018, which recommended the following: that plaintiff's motion for default judgment be granted in this action for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), and that the Court enter judgment in in favor of the plaintiff in the amount of $7,534.89 in unpaid overtime wages, $2,832.14 in unpaid minimum wages, $10,367.03 in liquidated damages, $10,000 in statutory damages, $2,452.50 in attorney's fees, and $490 in costs, for a total amount of $33,676.56, plus prejudgment interest in an amount to be calculated by the Clerk of Court of $2.56 per day from May 27, 2017 until the entry of final judgment; and the Clerk of Court having calculated the prejudgment interest at the rate of $2.56 per day from May 27, 2017 until the entry of judgment and the prejudgment interest being $1,177.60; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted in this action for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"); and that judgment is hereby entered in favor of Plaintiff in the total amount of $34,854.16.

| | |
|---|---|
| Dated: Brooklyn, New York<br>August 30, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | by:    */s/ Jalitza Poveda*<br>         Deputy Clerk |